718

Coon, J. P.,
Gibson, Herlihy, Reynolds and Taylor, JJ., concur.

In decisions Nos. 2–5 the court is as follows: Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.

■    In the Matter of DAVID WASSERMAN, Appellant, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion for stay pending application to this court for permission to appeal to the Court of Appeals from the judgment of this court. Motion granted, upon condition that such motion be submitted to this court on or before October 9, 1961.
■    In the Matter of MAXWELL GROSSBARD, Petitioner, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Application for stay denied, without costs, and without prejudice to its renewal at such time as it shall have been determined that the proceeding is properly before this court and at issue.
■    In the Matter of BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 2 OF THE TOWNS OF VIRGIL, HARTFORD, LAPEER AND CORTLANDVILLE, Respondent, v. JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York, Appellant.— ▐          Brief to be served and filed on or before October 9, 1961.
■    In the Matter of the Claim of CHARLES J. BOYLE, JR., Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Application for the appointment of an attorney and counselor at law to represent the claimant-respondent on this appeal pursuant to section 538 of the Labor Law. Motion granted and Donald L. Slater, Esq., attorney at law, 12 Central Avenue, Cortland, New York, is hereby appointed as attorney for such claimant-respondent.

FOURTH DEPARTMENT, SEPTEMBER, 1961

(September 15, 1961)

■    (A) AMOS ANTONACCI, Appellant, v. RICHARD F. A. CROSS, Respondent. (B) NICHOLAS BODNAR, Appellant, v. NEW YORK TRANSIT COMPANY, INC., Respondent. (C) NEW YORK TRANSIT COMPANY, INC., Respondent, v. NICHOLAS BODNAR, SR., et al., Appellants. (D) In the Matter of CHESTER BOLAS, Petitioner, v. WILLIAM S. HULTS, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent. (E) KATHERINE A. BRENDES, Appellant, v. HAZEL NEAL, Respondent. BERNARD C. BRENDES, Appellant, v. HAZEL NEAL, Respondent. (F) DANIEL CAMEROTA, Appellant, v. THOMAS BYRNE, Respondent. (G) LESLIE FISH, an Infant, by Her Guardian ad Litem, THOMAS FISH, et al., Appellants, v. KENNETH S. WATTS, Respondent. (H) ALBERT GEORGE et al., Appellants, v. JOSEPH WURZ, JR., Doing Business as WURZ TAXI